```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 24, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    BENJAMIN HOLMES,

                      Plaintiff,                14-cv-10232 (KBF)

                     -v-                                   ORDER

    CITY OF NEW YORK, Police Officer SHAUN
    KESSLER, Shield No. 1005; Police Officer
    FLOYD DOWTIN, JR., Shield No. 1020; and
    JOHN and JANE DOE 1 through 10,
    individually and in their official capacities (the
    names John and Jane Doe being fictitious, as
    the true names are presently unknown),

                      Defendants.
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

       This action was initially put in the § 1983 Plan, with a planned expiration of six months on July 22, 2015.  (ECF No. 7.)  On June 24, 2015, the parties jointly requested that this matter be removed from the Plan and that an initial conference be scheduled, as mediation is unlikely to succeed.  (ECF No. 11.)  The Court hereby GRANTS the application.

       Lead counsel for all parties shall appear for an initial pretrial conference ("IPTC") on **Monday, July 13, 2015, at 12:30 p.m.**  At least **four business days prior** to the IPTC, the parties shall jointly submit a proposed schedule in accordance with the form available at http://www.nysd.uscourts.gov/judge/Forrest.  Counsel shall consult the Court's Individual Practices in Civil Cases (available at

http://www.nysd.uscourts.gov/judge/Forrest) and comply with all other requirements for the IPTC.

      The Clerk of Court is directed to remove this matter from the § 1983 Plan.

      SO ORDERED.

Dated:      New York, New York
               June 24, 2015

                                             _____
                                                  KATHERINE B. FORREST
                                                  United States District Judge