```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 1 3 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
BENJAMIN HOLMES                                              :
                                                             :
                                   Plaintiff(s),             :
                                                             :        14  Civ. 10232 (KBF)
                    -v-                                      :
CITY OF NEW YORK, et al.,                                    :        SCHEDULING ORDER
                                                             :
                                   Defendant(s).             :
------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

The parties propose the following schedule for this matter:

1. All parties **[do ☐ / do not ☑]** consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.[1]

2. Close of fact discovery: 11/13/15 . **[within 4 months unless the case is particularly complex]**

3. Close of expert discovery: 12/8/15 . **[25 days after the close of fact discovery; the parties are to negotiate interim dates regarding expert witnesses]**

   The parties contemplate experts in this matter for the following subject(s): plaintiff's health/physical condition .

4. **[For F.L.S.A. actions only]** Plaintiff(s) **[do ☐ / do not ☐]** anticipate making a motion for conditional certification of a collective action under 29 U.S.C. § 216(b). Plaintiff(s) shall include a proposed notice with the opening brief.

   Proposed briefing schedule:
   Opening:   _____ **[30 days after initial conference]**
   Opp'n:     _____ **[21 days after opening brief]**
   Reply:     _____ **[7 days after opposition brief]**

---

[1] If all parties so consent, they should execute a consent form (available at http://www.nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge) and submit it to the Court via e-mail, along with this proposed order.

5. The parties [do [✓] / do not [ ]] anticipate making dispositive motions. The contemplated dispositive motion(s) is/are a motion(s) defendants anticipate moving for summary judgment at the close of discovery.

Proposed briefing schedule:
Opening: ~~12/8/15~~ 11/18/15 [no later than item 3]
Opp'n: ~~12/30/15~~ 12/14/15 [21 days after opening brief]
Reply: ~~1/6/16~~ 12/30/15 [7 days after opposition brief]
*Last dates to file; motions may be brought at any time.*

6. Trial [will [✓] / will not [ ]] be before a jury.

## DO NOT FILL IN BELOW. THE COURT WILL SET ITEMS 7-10.

7. The next status conference is set for 10/16/15 at 9:00 am. (telephonic)

8. Pretrial materials, including the Joint Pretrial Order ("JPTO"), are due: 1/29/16.

9. The Final Pretrial Conference ("FPTC") is set for 2/3/16 at 1pm.

Motions in limine are due <u>two weeks</u> before FPTC; oppositions are due one week later. <u>Daubert</u> motions are due <u>four weeks</u> before FPTC; oppositions are due two weeks later. (No replies.)[2]

10. Trial in this matter shall commence on 3. Trial is anticipated to take 2/8/15 (days)/~~weeks~~.

**Settlement discussions must occur in parallel to this schedule (schedule will not be adjourned, except in very unusual situations, for settlement discussions).**

SO ORDERED.

Dated: New York, New York
7/13, 2015

KATHERINE B. FORREST
United States District Judge

---

[2] Deadlines for motions in limine and <u>Daubert</u> motions are generalized and subject to change. The parties may request modified schedule if desired.