

GABRIEL P. HARVIS
BAREE N. FETT

September 11, 2015

BY ECF
Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *Holmes v. City of New York, et al.*, 14 CV 10232 (KBF)

Your Honor:

    I represent plaintiff in the above-referenced civil rights action. I write pursuant to § 2(F)(iii) of the Court's Individual Practices to respectfully request that **plaintiff's letter motion to compel dated September 1, 2015 be deemed unopposed and granted in its entirety.**

    By letter motion filed on Tuesday, September 1st, plaintiff moved to compel service of defendants' discovery responses by a date certain and for waiver of their objections. Pursuant to § 2(F)(iii)(b) of the Court's Individual Practices, defendants' opposition, if any, was due no later than Friday, September 4, 2015. Defendants have not filed any opposition to date. Nor have they served their discovery responses.

    Accordingly, and for the reasons set forth fully in plaintiff's September 1st letter motion (*see* Docket Entry No. 27), plaintiff respectfully requests that **his prior application be deemed unopposed and granted in its entirety.**

Hon. Katherine B. Forrest
Sept. 11, 2015

    Thank you for your consideration of this request.

                                          Respectfully submitted,

                                          Gabriel P. Harvis

cc:    ACC Pernell M. Telfort, Esq.